In the Matter of the Claim of JOHN McCARTY, Deceased Employee, and GRACE CRONIN, as General Guardian for THOMAS J. McCARTY, Son of Deceased Employee, Respondent, against UNITED STATES TRUCKING CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of LOUISE RUMPKE, Respondent, against THE OLD BEEKMAN, INC., and THE FIDELITY & CASUALTY COMPANY OF NEW YORK, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of GERTRUDE EPSTEIN, Appellant, for an Order against THE BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and WILLIAM J. McGRATH and Others, as Members of Said Board of Examiners, and FRANK P. GRAVES, as Commissioner of Education of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.